# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE TERRENCE D.,[1] <br> Plaintiff, <br> v. <br> MARTIN J. O'MALLEY,[2] <br> Commissioner of Social Security, <br> Defendant. | Case No. 2:23-cv-10764-RAO <br><br> **JUDGMENT** |

In accordance with the Memorandum Opinion and Order affirming the Commissioner's decision filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is **AFFIRMED**.

DATED: November 27, 2024

                                    /s/
                                    ROZELLA A. OLIVER
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin J. O'Malley, the Commissioner of the Social Security Administration ("Commissioner"), is hereby substituted as the defendant.